ERNEST M. HANDY, RELATOR, v. CITY OF EAST ORANGE AND JOHN O. SCOTT, BUILDING INSPECTOR, DEFENDANTS.

Argued May term, 1924—Decided September 24, 1924.

**Ordinances—Zoning—Writ Allowed Following Nutley Case.**

On rule awarding an alternative writ of *mandamus*.

Before Justices TRENCHARD, MINTURN and LLOYD.

For the relator, *Howe & Davis*.

For the defendants, *Walter C. Ellis*.

PER CURIAM.

The case came before us upon an agreed state of facts. An alternative writ of *mandamus* was allowed and the city made a return thereto. The facts in substantial particulars are not unlike these presented in case number 70 of this term, State, ex rel. The Jersey Land Co. v. John Scott, Building Inspector of East Orange, in which we allowed a peremptory *mandamus*. We are of the opinion that for the reasons advanced in that case, based upon the recent determination of the Court of Errors and Appeals, in *State* v. *Risley*, 2 *N. J. Adv. Rep.* 852, as well as upon the conclusions reached in *Handy* v. *South Orange*, 118 *Atl. Rep.* 838; *Vernon* v. *Westfield*, 1 *N. J. Adv. Rep.* 1031, and *Ignaciunas* v. *Nutley*, 2 *Id.* 852, that a peremptory writ of *mandamus* go in this case.

Such will be the rule.